Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**70 Grand Avenue, Suite 100**  
**River Edge, NJ 07661**

**233 Broadway, Suite 2370**  
**New York, NY 10279**  
(Preferred mailing address)

August 25, 2021

**SO ORDERED**

*/s/ George B. Daniels*

GEORGE B. DANIELS  
UNITED STATES DISTRICT JUDGE

AUG 30 2021

Hon. George B. Daniels  
United States District Court  
500 Pearl Street  
New York, NY 10007

Re: United States v. Jason Rivera  
16 Cr 801 (GBD) – Violation of Supervised Release

Dear Judge Daniels:

I was appointed CJA counsel for Jason Rivera at his Presentment on a new Southern District of New York criminal case, 21 Mag. 7411, for which he is detained without bond at the Metropolitan Detention Center.

In order to provide continuity of representation, I respectfully request that I be appointed as CJA counsel for Mr. Rivera on his violation of supervised release ("VOSR") in 16 Cr. 801, pending before Your Honor. Patrick Joyce, prior CJA counsel for Mr. Rivera on 16 Cr. 801, consents to my taking over the representation.

An arraignment on the VOSR specifications is scheduled for September 1, 2021. I respectfully request that this arraignment be conducted remotely instead of in-person. Jason Rivera consents to this.

AUSA James Ligtenberg informs me that he has no objection to these applications.

Sincerely,

/s/

Donald J. Yannella, Esq.