**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

        -against-

JASON RIVERA,

                Defendant.

------------------------------------x

ORDER

16 Crim. 801-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing is adjourned from September 1, 2021 to September 15, 2021 at 10:30 a.m.

Dated: New York, New York
       August 31, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge