UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

   -against-

JASON RIVERA,

      Defendant.

------------------------------------x

ORDER

16 Crim. 801-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing is adjourned from September 15, 2021 to October 6, 2021 at 11:00 a.m.

Dated: New York, New York
   September 13, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge