**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-                              ORDER

JASON RIVERA,                         16 Cr. 801 (GBD)

                    Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

On the parties' motion, the VOSR hearing scheduled for June 8, 2022 is adjourned to August 10, 2022 at 10:00 a.m.

The Clerk of the Court is directed to close the open motion at ECF No. 191.

Dated: June 6, 2022
New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge