**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                    ORDER

JASON RIVERA,                              16 Cr. 801 (GBD)

                     Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The VOSR hearing scheduled for August 10, 2022 is rescheduled to August 9, 2022 at 10:00 a.m.

Dated: August 8, 2022
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge