**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | ORDER |
| JASON RIVERA, | : | 16 Cr. 801 (GBD) |
| Defendant. | : | |

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

At the parties' request, the VOSR hearing scheduled for October 18, 2022 is adjourned to December 14, 2022 at 10:00 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 196.

Dated: October 13, 2022
New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge