UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,            :
                                     :
          -against-                  :          ORDER
                                     :
JASON RIVERA,                        :          16 Cr. 801 (GBD)
                                     :
                    Defendant.       :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

On the Defendant's motion, made with the Government's consent, the VOSR hearing scheduled for December 14, 2022 is adjourned to March 14, 2023 at 10:30 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 200.

Dated: December 9, 2022
       New York, New York

                                              SO ORDERED.

                                              *(signature)*
                                              GEORGE B. DANIELS
                                              United States District Judge