UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

JASON RIVERA,

                               Defendant.

------------------------------------ x

ORDER

16 Cr. 801 (GBD)

GEORGE B. DANIELS, United States District Judge:

On the Defendant's motion, made with the Government's consent, the VOSR hearing scheduled for March 14, 2023 is adjourned to June 14, 2023 at 10:00 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 206.

Dated: March 8, 2023
       New York, New York

                                           SO ORDERED.

                                           GEORGE B. DANIELS
                                           United States District Judge