UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JASON RIVERA,

                      Defendant.

------------------------------------x

ORDER

16 Cr. 801 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release sentencing scheduled for July 27, 2023 is adjourned to December 5, 2023 at 10:00 a.m.

Dated: July 19, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge