Law Offices of
## Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**135 Prospect Street**  **299 Broadway, Suite 800**
Ridgewood, NJ 07450  New York, NY 10279

March 21, 2024

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**
/s/ George B. Daniels
George B. Daniels, U.S.D.J.
Dated: MAR 21 2024

Re: United States v. Jason Rivera
16 Cr 801 (GBD)

Dear Judge Daniels:

I am defense counsel for Jason Rivera on this Violation of Supervised Release, next scheduled for an appearance at 10 AM on March 26, 2024. With the consent of AUSA Christy Slavik, I respectfully request that the time be changed to 11 AM on March 26, 2024. The basis for the request is that I have a 10 AM appearance in another matter that day. Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald J. Yannella, Esq.