UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,           :
                                    :
            -against-               :           ORDER
                                    :
JASON RIVERA,                       :           16 Cr. 801 (GBD)
                                    :
                        Defendant.  :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release sentencing scheduled for May 29, 2024 is adjourned to October 3, 2024 at 12:30 p.m. before Judge McMahon.

Dated: May 29, 2024
       New York, New York

                                    SO ORDERED.

                                    *George B. Daniels (signature)*
                                    GEORGE B. DANIELS
                                    United States District Judge